State of Maine               Federal Court
Penobscot, SS

                             X  Wrongful Solitary
Jonathan Emmert              :  Confinment of Prisoner-
    Plaintiff                :  To recover Compensatory
                             :  and Punitive damages
         V                   :
                             :
Aroostook County Jail        :
  State of Maine             :  1:24-CV-00159-NT
                             :
                             :
    Defendants               :
                             X

Now Comes Jonathan Emmert (hereafter simply refered to as Plaintiff) in Wrongful Solitary Confinment of Prisoner to recover compensatory and Punitive damages.

1) Plaintiff is a citizen of the United States of America, a resident of the town/City of Caribou, County of Aroostook, State of Maine, and is now, and at all times material to this action was, a prisoner in the Maine State Prison, State of Maine, Aroostook County jail, State of Maine and Cumberland County jail State of Maine.

2) Defendant Aroostook County Jail, is now, and at all times mentioned, a Jail in the County of Aroostook, State of Maine, and the duly appointed, qualified, and acting county Jail.

3) This action arises under the United States Constitution, particularly under the provisions of the Fifth and fourteenth amendments to the United States Constitution (US Const. Amend V, US Const Amend XIV) and under the laws of the United States, particularly under the Civil Rights Act, 42 USCA §1983.

4) This Court has jurisdiction of this cause under the provisions of 28 USCA § 1343.

5) Each and all of the acts of the defendant[s] alleged in this action where done by defendant[s], and each of them, not as individual[s], but under the color and pretense of the statues, regulations, customs, and usages of the State of Maine, and under the authority of their offices as Aroos-

7) On 04/22/2024, Plaintiff was placed in solitary confinement in the Aroostook County Jail, 15 Broadway St Houlton ME 04730. Pursuant to the instructions of SGT Morrison. Plaintiff remained in solitary confinement until 04/24/2024 (last date of solitary confinement) Pursuant to the instructions of SGT Morrison

8) Plaintiff was transferred from Aroostook County Jail to Cumberland County Jail and subsequently placed in solitary confinement for reasons at the time were unknown to the Plaintiff. The Plaintiff was kept in maximum security status even though the Plaintiff was not a threat to facility security or to himself. After several days on this status, the Plaintiff was then sent back to Aroostook County Jail where he was again placed in segregation, naked, and with no blanket or running water. After several days of this the Plaintiff was then brought to the Maine State Prison and confined without prior written notice of the charges againts him designating the which prison or county rule he violated; without a hearing before an impartial offical at which Plaintiff had the right to cross-examine Plaintiffs accusers and call witnesses in rebuttal; without a written record of the hearing, decision, reason for such decision, and evidence relied on; and without counsel or a counsel substitute.

9) While Plaintiff was in solitary confinement for a period of 3 days, Plaintiff ~~was suffered~~ suffered great mental anguish and severe physical deprivations including loss of energy-giving food and loss of exercise, needless dehydration, loss of work opportunities of a rehabilitative nature, loss of money which might have been earned by working, loss of schooling and training opportunities, and loss of self-improvement through reading books of Plaintiffs own choice, to the Plaintiffs damage in the sum of $ 10,000.00.

10) The acts of the defendant(s), and each of them, were done with the purpose and intent of depriving Plaintiff of his right to freedom of speech and assembly secured to the Plaintiff under the First Amendment to the United States Constitution, and of Plaintiffs right to assistance of counsel secured to him under the Sixth Amendment to the United States Constitution. Defendant(s) also subjected Plaintiff to cruel and unusal punishment and deprived Plaintiff of liberty without

11) The acts, conducts, and behaviors of the defendant [s], and each of them were performed knowingly, intentionally, and maliciously by reason of which Plaintiff is also entitled to an award of punitive damages in the sum of $10,000.00.

Dated from ~~October~~ May, Maine, on this 01 day, 2024

Jonathan Emmert

Anthony W. Cartlidge
Notary Public, State of Maine
My Commission Expires October 24, 2026