## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN EMMERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 1:24-cv-00159-NT |
| | ) |
| AROOSTOOK COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 11, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Amended Complaint (ECF No. 8) under 28 U.S.C. § 1915. Recommended Decision (ECF No. 9). The Plaintiff filed an objection to the Recommended Decision on September 23, 2024 (ECF No. 11). I have reviewed and considered the Recommended Decision together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, all defendants and claims in the Plaintiff's Amended Complaint, except for the First Amendment retaliation claim against Officers Orr and Baso, are **DISMISSED**. The only remaining claim is against Officers Orr and Baso for First Amendment retaliation.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 16th day of October, 2024.