UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN EMMERT,<br><br>Plaintiff<br><br>v.<br><br>AROOSTOOK COUNTY JAIL, et al.,<br><br>Defendants | Case No. 1:24-cv-00159-NT |

**DECLINATION OF**
**ACCEPTANCE OF SERVICE**

Under Appendix III of the Local Rules of this Court, the Office of the Attorney General declines to accept service of the Amended Complaint in this matter, because the two defendants remaining after screening under 28 U.S.C. § 1915A (Defendants Orr and Baso) are not employees of the State of Maine. They are alleged to be employees of Aroostook County. (ECF No. 8 p. 1 ¶ 1.)

Dated:  October 24, 2024

AARON M. FREY
Attorney General

/s/ Jillian R. O'Brien
JILLIAN R. O'BRIEN, Bar No. 6225
Assistant Attorney General
6 State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
jill.obrien@maine.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the above document with the Clerk of Court using the CM/ECF system, and that I mailed a copy, postage pre-paid, to the Plaintiff at the following address:

>Jonathan Emmert MDOC#128469
>Maine State Prison
>807 Cushing Road
>Warren, ME 04864-4600

Dated: October 24, 2024                              /s/ Jillian R. O'Brien
                                                                                           Jillian R. O'Brien
                                                                                         Assistant Attorney General