# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN EMMERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:24-cv-00159-NT |
| | ) |
| OFFICER ORR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 26, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties,[1] his Recommended Decision on the Defendants' Motion for Sanctions (ECF No. 41). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

---

[1] The Clerk's Office made multiple attempts to mail the Recommended Decision to Mr. Emmert, but it was returned as undeliverable each time (ECF Nos. 42, 43). As explained in this District's Handout for Self-Represented Parties, Mr. Emmert is responsible for informing the Court of any changes to his address. United States District Court District of Maine, "Handout for Self-Represented ('Pro Se') Parties," at 6 (May 2025), https://www.med.uscourts.gov/sites/med/files/Handout_for_Self-Represented_Parties.pdf.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's case is **DISMISSED** without prejudice.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 18th day of August, 2025.